## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Corey Burns

                          Plaintiff,

v.                                                  Case No.: 1:23−cv−16835
                                                                   Honorable Lindsay C. Jenkins

Clover Express Inc., et al.

                          Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 25, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The joint motion for approval of the settlement agreement [59] is granted. The proposed settlement agreement is a fair and reasonable resolution of a bona fide dispute under the Wage Act, so the agreement is approved. There is no work left for the Court to do so the clerk shall close the case. Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.